# United States District Court
# Western District of North Carolina
## 3:19 MC - 129 - FDW

FILED
CHARLOTTE, NC

SEP 0 5 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: Appointment of a
Merit Selection Panel to
consider the Reappointment
Of U.S Magistrate Judge     **ORDER**
David C. Keesler

    This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering the reappointment of the Honorable David C. Keesler as a United States Magistrate Judge for the United States District Court, Western District of North Carolina.

    Pursuant to Section 420.30.10 of the *"Selection, Appointment, and Reappointment of United States Magistrate Judges "* published by the Administrative Office of the U.S. Courts, revised October 2016, the court must establish a Merit Selection Panel (Panel) to assist the district judges in their determination to reappointment an incumbent magistrate judge.

    The Panel, being composed of thirteen members, including at least two lay persons, is to consider and review the incumbent's performance in office as a magistrate judge and consider comments received from members of the bar and the public, and any other pertinent evidence as to the incumbent's good character, judgment, legal ability, temperament, and commitment to equal justice under the law. An interview with the incumbent, interviews with other judicial officers of the bench, and interviews with other agency heads of the federal court family are considered a part of the Panel's charge. The Clerk of Court shall serve as administrative support to the Panel but shall not be a voting member.

    All Panel members are herein advised that in the event a vacancy occurs in the position of U.S. Magistrate Judge in this district that one year must have elapsed between the application deadline for any such vacancy and the date of this Order.

Panel members receive no compensation for their service, but will be reimbursed for travel and lodging expenses, including per diem allowances, per federal allowed cost ceilings.

After considering all information, the Panel is to provide a brief written report containing its recommendation(s) and any other information the Panel believes would be helpful to the court. This report is due by December 1, 2019. This written report and recommendation as to the reappointment of U.S. Magistrate Judge David C. Keesler are to be provided to the Honorable Frank D. Whitney, Chief, U.S. District Judge.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina for the purpose of assisting the court with the reappointment of U.S. Magistrate Judge David C. Keesler.

The Merit Selection Panel shall be chaired by Attorney Susan Rodriquez who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* as revised October 2016, and other materials which may be of assistance to the Panel. The Clerk shall also send a copy of this Order to the Magistrates Division of the Administrative Office of the U.S. Courts and the Circuit Executive of the Fourth Circuit.

SO ORDERED THIS 5th DAY OF September, 2019.

_____
Frank D. Whitney, Chief
U.S. District Judge

_____
Martin Reidinger
U.S. District Judge

_____
Ken Bell
U.S. District Judge

_____
Richard L. Voorhees, Senior
U.S. District Judge

_____
Robert J. Conrad, Jr.,
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Graham C. Mullen, Senior
U.S. District Judge

## MERIT PANEL MEMBERS

| | |
|---|---|
| Susan Rodriguez, Chairperson<br>McGuireWoods LLP<br>201 N. Tryon Street<br>Suite 3000<br>Charlotte, NC 28202 | 704-343-2303<br>srodriguez@mcguirewoods.com |
| Russ Ferguson, Attorney<br>Womble Bond Dickinson LLP<br>301 S. College Street<br>Suite 3500<br>Charlotte, NC 28202 | 704-331-4900<br>Russ.Ferguson@wbd-us.com |

Dana Washington, Attorney [AUSA]   704-338-3107
Office of the U.S. Attorney          dana.washington@usdoj.gov
227 West Trade Street
Suite 1650
Charlotte, NC  28201

Mr. Tom Efird                        [Attorney and Businessman]
1330 Covenant Dr                     704-867-7433
Gastonia, NC  28054                  tandaefird@yahoo.com

Brian Cromwell, Attorney             704-335-9511
Parker Poe Adams & Bernstein LLP     briancromwell@parkerpoe.com
401 South Tryon Street
Suite 3000
Three Wachovia Center
Charlotte, NC  28202

Alice Richey, Attorney               980-335-0720
Alexander Ricks PLLC                 alice@alexanderricks.com
1420 East 7th Street
Suite 100
Charlotte, NC  28204

Robert J. Sweeney, Jr.               704-365-2152
RJS Properties                       bob@rjsproperties.com
2730 Rozzelles Ferry Road
Suite A
Charlotte, NC 28208

Matthew Orso, Attorney               704-373-4629
McGuire Woods                        morso@mcguirewoods.com
201 North Tryon Street
Suite 3000
Charlotte, NC  28202

JP Davis, Attorney [First Asst. Federal Defender]
129 West Trade Street
Suite 300                            707-374-0720
Charlotte, NC   28202                jp_davis@fd.org

Sheriff Darren E. Campbell     704-878-3180
Iredell County Sheriff     decampbell@co.iredell.nc.us
231 Constitution Lane
Statesville, NC 28677

Timika Shafeek-Horton, Attorney     704-382-6373
Deputy General Counsel     Timika.Shafeek-Horton@duke-energy.com
Duke Energy Corporation
550 S. Tryon St
Dec 45 A
Charlotte, NC 28202

Philip S. Anderson, Attorney
Long Parker Payne Anderson & McClellan PA     828-258-2296
301 College Street     philip@longparker.com
P.O. Box 7216
Asheville, NC 28801

Jennifer Braccia, Attorney     704-331-1000
Moore Van Allen     jenniferbraccia@mvalaw.com
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202

bcc:    All Magistrate Judges
        All Bankruptcy Judges